### 67472. GOODYEAR v. THE STATE.

POPE, Judge.
The sole issue raised by appellant in this appeal has been decided adversely to him in *Wessels v. State,* 169 Ga. App. 246 (2) (312 SE2d 361) (1983), cert. den. January 19, 1984.

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 13, 1984.

*Larry W. Yarbrough,* for appellant.
*Herbert A. Rivers, Solicitor, J. Lynn Rainey, Assistant Solicitor,* for appellee.